IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02115-ZLW-MJW

LAURIE A. KRAUSS, et al.,

Plaintiff(s),

v.

CRISTINA BEACH,

Defendant(s).

## MINUTE ORDER
(DN 5)

     IT IS HEREBY ORDERED that the Unopposed Motion to Allow Plaintiffs' Counsel to Appear at Scheduling Conference by Telephone (DN 5), filed with the Court on January 23, 2008, is DENIED. The parties shall appear in person for the Scheduling Conference on January 31, 2008, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: January 24, 2008