IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE KRISTEN L. MIX

Civil Action No. 07-cv-02115-KLM-MJW

LAURIE A. KRAUSS, and
LORAINE GONZLAEZ,

    Plaintiff(s),

v.

CHRISTINA BEACH,

    Defendant(s).

---

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on February 6, 2008, by Judge Zita L. Weinshienk and was assigned to Magistrate Judge Kristen L. Mix on February 7, 2008. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

    IT IS HEREBY **ORDERED** that Magistrate Judge Michael J. Watanabe is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge, entered by Judge Zita L. Weinshienk on November 30, 2007 [Docket No. 3], is **vacated**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for September 26, 2008 at 8:30 a.m. is **vacated** and **RESET** before Magistrate Judge Kristen L. Mix on **September 25, 2008 at 10:00 a.m.**, in Courtroom A-501, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Mix **five (5) business days** prior to the Final Pretrial Conference date. All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

    Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website. Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

Dated: February 8, 2008

BY THE COURT:

s/ Kristen L. Mix
KRISTEN L. MIX
United States Magistrate Judge