IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE KRISTEN L. MIX

Civil Action No. 07-cv-02115-KLM-MJW

LAURIE A. KRAUSS, and
LORAINE GONZALEZ,

    Plaintiff(s),

v.

CHRISTINA BEACH,

    Defendant(s).

---

**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF LORAINE GONZALEZ**

---

    This matter comes before the Court on Plaintiff Loraine Gonzalez and Defendant's Stipulation for Dismissal with Prejudice of Plaintiff Loraine Gonzalez [Docket No. 17; Filed May 14, 2008]. After reviewing the file in the above-captioned case, I find that the stipulation should be approved and that Plaintiff Loraine Gonzalez's claims against Defendant should be dismissed with prejudice. Accordingly,

    IT IS HEREBY **ORDERED** that the Stipulation of Dismissal with Prejudice of Plaintiff Loraine Gonzalez is **APPROVED**.

    IT IS FURTHER **ORDERED** that Plaintiff Loraine Gonzalez's claims against Defendant are **DISMISSED WITH PREJUDICE**, each party to bear her own costs.

    IT IS FURTHER **ORDERED** that the case shall proceed only as to Plaintiff Laurie A. Krauss's claims against Defendant, and the caption shall be amended accordingly.

Dated: May 19, 2008

                                    BY THE COURT:

                                    s/ Kristen L. Mix
                                    KRISTEN L. MIX
                                    United States Magistrate Judge