IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE KRISTEN L. MIX

Civil Action No. 07-cv-02115-KLM-MJW

LAURIE A. KRAUSS,

      Plaintiff,

v.

CHRISTINA BEACH,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter comes before the Court on the **Stipulation for Dismissal with Prejudice of Plaintiff Laurie A. Krauss** [Docket No. 31; Filed December 10, 2008]. After reviewing the file in the above-captioned case, I find that the stipulation should be approved and that Plaintiff Laurie A. Krauss's claims against Defendant should be dismissed with prejudice. Accordingly,

IT IS HEREBY **ORDERED** that the Stipulation of Dismissal with Prejudice of Plaintiff Lauire A. Krauss is **APPROVED**.

IT IS FURTHER **ORDERED** that the Trial Preparation Conference set for December 16, 2008 at 9:00 a.m. and the jury trial set to commence January 6, 2009 are **VACATED**.

IT IS FURTHER **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear her own attorneys' fees and costs.

Dated: December 11, 2008

                              BY THE COURT:

                               s/ Kristen L. Mix
                               KRISTEN L. MIX
                               United States Magistrate Judge